## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS BETANCES,                          :
                                          :
            Plaintiff,                    :
      v.                                  :       3:20-CV-2239
                                          :       (JUDGE MARIANI)
AT&T, et al.,                             :
                                          :
            Defendants.                   :

## ORDER

AND NOW, THIS ___17th___ DAY OF SEPTEMBER 2021, for the reasons set forth in

this Court's accompanying Memorandum Opinion, upon consideration of Plaintiff's Motion to

Deem Defendant, Dallas Battle Served by Posting Nunc Pro Tunc (Doc. 40), **IT IS HEREBY**

**ORDERED THAT:**

1.  The Motion to Deem Defendant, Dallas Battle Served by Posting Nunc Pro Tunc is

    **DENIED**.

_____
Robert D. Mariani
United States District Judge